**Electronically Filed
Supreme Court
SCWC-12-0000359
17-SEP-2013
02:00 PM**

SCWC-12-0000359

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SHANE FLORES, Petitioner/Defendant-Appellant,

and

FLOYD ORSBORN and ROBERT LOGSDON, Respondents/Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000359; CR. NO. 10-1-0591)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on August 5, 2013 by Petitioner/Defendant-Appellant Shane Flores is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 17, 2013.

Jeffrey A. Hawk,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

